JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CENOBIO H. HERRERA, SR., <br><br> Petitioner, <br><br> v. <br><br> WARDEN OF FCI LOMPOC, <br><br> Respondent. | Case No. 2:23-cv-01162-DSF-JDE <br><br> JUDGMENT |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 29, 2023

_Dale S. Fischer_
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE